IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| VICTORIA OSTERLAND, | ) | CASE NO. 3:18-cv-01211 |
|---|---|---|
| Plaintiff, | ) ) ) | MAGISTRATE JUDGE KATHLEEN B. BURKE |
| v. | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | **JUDGMENT ENTRY** |
| Defendant. | ) ) | |

For the reasons stated in the related Memorandum Opinion and Order issued by this Court on May 21, 2019, the final decision of the Commissioner is **AFFIRMED**.

This matter is terminated on the docket of this Court.

IT IS SO ORDERED.

Dated: May 21, 2019           */s/ Kathleen B. Burke*
                              Kathleen B. Burke
                              United States Magistrate Judge